UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL MILES and<br>RONNIE MCDADE,<br><br>Defendants. | ) | No. 3:25-CR-86-KAC-JEM |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Daniel Miles's Motion to Continue Trial [Doc. 172], which he filed on September 18, 2026.

In the motion, Defendant Miles asks the Court to continue the trial date, which is set for October 20, 2026 [*Id.* ¶ 1]. In support of his motion, Defendant states that despite due diligence and good faith, additional time is needed to resolve issues in the case, come to a plea agreement, and otherwise prepare for trial if these negotiations are not successful [*Id.* ¶ 2]. Defendant states that an extension would provide counsel and the Government additional time to fully resolve the case [*Id.* ¶ 3]. Defendant understands that the time between the continuance and the trial will be excluded for the purposes of the speedy trial calculus [*Id.* ¶ 4]. Defendant also states that the Government has no objection to the requested continuance [*Id.* ¶ 5].

Codefendant Ronnie McDade also filed notice of his position on Defendant Miles's motion [Doc. 179]. Defendant states that he does not object to Defendant Miles's requested continuance [*Id.*]. Defendant McDade notes that he has entered into and filed a plea agreement [*Id.*].

Based upon the information contained in the motion and because the Government does not oppose the continuance, and given the positions of all parties, the Court finds the ends of justice served by granting a continuance outweighs the interests of the Defendants and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B). Specifically, the Court concludes that not granting a continuance would both result in a miscarriage of justice and deny counsel for Defendant the reasonable time necessary for effective preparation, accounting for the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). Defendant's counsel needs time to engage in plea discussions and otherwise prepare for trial if those negotiations are not fruitful. The Court finds that all of this cannot occur before the October 20, 2026 trial date.

The Court therefore **GRANTS** Defendant Daniel Miles's Motion to Continue Trial [**Doc. 172**]. The trial of this case is reset to **January 26, 2027**. A new schedule is included below. Because the Court has found that the ends of justice served by granting a continuance outweigh the interests of Defendants and the public in a speedy trial, all time between the filing of the initial motion on September 18, 2026, and the new trial date is fully excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A)–(B).

Accordingly, the Court **ORDERS** as follows:

(1) Defendant Daniel Miles's Motion to Continue Trial [**Doc. 172**] is **GRANTED**;

(2) the trial of this matter is reset to commence on **January 26, 2027, at 9:00 a.m.**, before the Honorable Katherine A. Crytzer, United States District Judge;

(3) all time between the filing of the motion on **September 18, 2026**, and the new trial date of **January 26, 2027,** is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **December 23, 2027**;

(5) the deadline for filing motions *in limine* is **January 11, 2027**, and responses to motions *in limine* are due on or before **January 19, 2027**;

(6) the parties are to appear before the undersigned for a final pretrial conference on **January 12, 2027, at 3:00 p.m.**; and

(7) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **January 15, 2027**.

**IT IS SO ORDERED.**

ENTER:

Jill E. McCook
United States Magistrate Judge